**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUY COFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AEROJET ROCKETDYNE HOLDINGS, INC., KEVIN P. CHILTON, THOMAS A. CORCORAN, EILEEN P. DRAKE, JAMES R. HENDERSON, WARREN G. LICHTENSTEIN, LANCE W. LORD, AUDREY A. MCNIFF, and MARTIN TURCHIN,<br><br>    Defendants. | Case No: 2:21-cv-01917-MCA-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Guy Coffman hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated: March 10, 2021                                Respectfully submitted,

                                                                **HALPER SADEH LLP**

                                                                /s/ Zachary Halper
                                                                Zachary Halper, Esq.
                                                                186 Darwin Lane
                                                                North Brunswick, NJ 08902
                                                                Telephone: (212) 763-0060

2

        Facsimile: (646) 776-2600
        Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 10, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                /s/ Zachary Halper
                Zachary Halper